UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C20-1837 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WILLIAM J WIDMER, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Taking note of the Parties' proposed briefing schedule for cross-motions for summary judgment in their joint status report, (Dkt. No. 10), the Court approves the following schedule:

- Defendant's Motion for Summary Judgment (24-page limit) due Dec. 10, 2021;

- Plaintiff's combined Opposition and Cross-Motion for Summary Judgment (36-page limit) due 28 days after Defendant's Motion;

- Defendant's combined Opposition and Reply (24-page limit) due 28 days after Plaintiff's combined Opposition and Cross-Motion;

- Plaintiff's Reply (12-page limit) due 14 days after Defendant's combined Opposition and Reply.

The clerk is ordered to provide copies of this order to all counsel.

Filed November 23, 2021.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2